JOHN R. DaCORSI, ESQ.
Nevada Bar No. 8043
DaCORSI, PLACENCIO & RUMSEY, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*
*GLOBAL EXPERIENCE SPECIALISTS,*
*INC., f.k.a. GES Exposition Services, Inc.*

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL EXPERIENCE SPECIALISTS, INC., f.k.a. GES Exposition Services, Inc. <br><br> Plaintiff, <br><br> vs. <br><br> BARCO, INC., a Delaware corporation, and DOES 1 through X, inclusive, <br><br> Defendants. | CASE NO.: 2:11-CV-00227-GMN-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff GLOBAL EXPERIENCE SPECIALISTS, INC., f.k.a. GES EXPOSITION SERVICES, INC. ("GES") and Defendant, BARCO INC., through their respective counsel, that this matter is hereby dismissed with prejudice with each party to bear their own fees and costs. There is no trial date in this matter.

DATED: April 18, 2012.

DaCORSI, PLACENCIO & RUMSEY, P.C.

_____
JOHN R. DaCORSI, ESQ.
Nevada Bar No. 8043
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*
*GLOBAL EXPERIENCE SPECIALISTS,*
*INC., f.k.a. GES Exposition Services, Inc*

DATED: April 26, 2012.

WOOD, SMITH, JENNING & BERMAN, LLP

_____
JANICE M. MICHAELS, ESQ.
Nevada Bar No. 6062
T. BLAKE GROSS, ESQ.
Nevada Bar No. 9566
7674 W. Lake Mead Blvd., Suite 150
Las Vegas, NV 89128
*Attorneys for Defendant BARCO, INC.*

F:\CLIENT FILES\GES CASES\BROWN-BARCO\PLEADINGS\SAO.Dismissal.wpd (JS)

## ORDER

IT IS SO ORDERED that the above-captioned action is dismissed, with prejudice, each party to bear its own fees and costs. There is no trial date in this matter.

**DATED** this 1st day of May, 2012.

Gloria M. Navarro
United States District Judge

Respectfully submitted:

DaCORSI, PLACENCIO &
RUMSEY, P.C.

JOHN R. DaCORSI, ESQ.
Nevada Bar No. 8043
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*
*GLOBAL EXPERIENCE SPECIALISTS,*
*INC., f.k.a. GES Exposition Services, Inc*

DaCORSI, PLACENCIO & RUMSEY, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone (702) 889-6666
Facsimile (702) 889-4810

F:\CLIENT FILES\GES CASES\BROWN-BARCO\PLEADINGS\SAO.Dismissal.wpd (JS) 2